**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**FELIX WYNN,**                                                                   **PETITIONER**

**V.**                                                                   **NO.1:06CV199-D-D**

**BYRD, et al.,**                                                                   **RESPONDENTS**


**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **dismissed** without

prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 4th day of January, 2007.


/s/ Glen H. Davidson
Chief Judge